IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>NAPA AUTO PARTS, NATIONAL AUTOMOTIVE PARTS ASSOCIATION,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-1041 (KAJ) |

### STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and Genuine Parts Company, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

606448v1

Dated: November 8, 2005

LOWENSTEIN SANDLER PC
Paul Kizel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone (973) 597-2500

-and-

THE BAYARD FIRM

*/s/ signature*

Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer, Esq. (No. 3891)
Mary E. Augustine, Esq. (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
Telephone (302) 655-5000

Co-Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

BARACK FERRAZZANO KIRSCHBAUM PERLMAN NAGELBERG LLP

*/s/ signature*

Willliam J. Barrett, Esquire
Kimberly J. Robinson, Esquire
333 West Wacker
Suite 2700
Chicago, IL 60606
Telephone (312) 629-5170

Attorneys for Genuine Parts Company