## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 8th day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

BARACK FERRAZZANO KIRSCHBAUM
 PERLMAN NAGELBERG LLP
Kimberly J. Robinson, Esquire
333 West Wacker
Suite 2700
Chicago, IL 60606

_____
Mary E. Augustine (No. 4477)

606448v1                                   3